IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| DATASCAPE, INC., <br>     a Georgia Corporation, <br><br>     Plaintiff, <br><br> vs. <br><br> UTSTARCOM, INC., <br>     a Delaware Corporation, <br><br> and <br><br> PERSONAL COMMUNICATIONS DEVICES, LLC, <br><br>     Defendants. | CIVIL ACTION NO. <br><br> 1:05-CV-3164-CC |

## ORDER

On August 19, 2013, Defendant Personal Communications Devices, LLC ("PCD") filed a petition for relief under Chapter 11 of Title 11 of the United States Code. On January 8, 2014, Plaintiff Datascape, Inc. and Defendant UTStarcom, Inc. filed a Stipulation and Order of Dismissal with Prejudice of UTStarcom, Inc. [Doc. No. 358], which the Court now has reviewed and approved. Given that PCD is now the only defendant remaining in this case and the action against PCD has been stayed pursuant to 11 U.S.C. § 362(a)(1), this action will be marked closed by the Clerk of Court for statistical purposes. The Court will retain jurisdiction, and the case will be restored to the trial docket upon motion of a party indicating that circumstances have changed such that the case may proceed. This Order shall not prejudice the rights of the parties to the litigation in any manner.

**(SIGNATURE ON FOLLOWING PAGE)**

SO ORDERED this 9th day of January, 2014.

*s/  CLARENCE COOPER*

CLARENCE COOPER
SENIOR UNITED STATES DISTRICT JUDGE